North Electric Company, appellee, v. E. Johnson, appellant. Gen. No. 25,738.

Action to recover contract price for work and labor. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

J. W. Richey, for appellant. Cavender & Kaiser, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Frank H. Davis, appellant, v. Katie Wolf and Theo. B. W. Zumstein, appellees. Gen. No. 25,757.

Action to recover on promissory note. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Iles, O'Connor, Eberhardt & Kesler, for appellant. Malato, Wolf & Love, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Jeanette Delson, appellee, v. Chicago Railways Company and Chicago City Railway Company, appellants. Gen. No. 25,769.

Action to recover for personal injury to pedestrian struck by street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. McDonald, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Frank L. Kriete and William H. Symmes, for appellants; John R. Guilliams and John E. Kehoe, of counsel. Ferdinand Goss and Thomas E. Rooney, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Belle J. Pieske, defendant in error, v. Lawrence T. Gilmore, plaintiff in error. Gen. No. 25,414.

Action to recover for failure of bailee, on demand of bailor, to deliver the bailed goods. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in this court at the October term, 1919. Reversed and judgment of *nil capiat* here. Opinion filed March 8, 1920.

Rathje, Wesemann, Hinckley & Barnard, for plaintiff in error. Edgar L. George, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.